

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00637-CV

Samantha **SALINAS**,
Appellant

v.

Kathryn Gene **TORRES**, Morris Stanley McManigal, III & Dana Cheryle Mule,
Appellees

From the County Court, Karnes County, Texas
Trial Court No. CV-2022-0076
Honorable Wade J. Hedtke, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
VALENZUELA

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to timely file a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order). It is ORDERED that no costs are assessed against appellant because she is entitled to proceed without costs. TEX. R. APP. P. 20.

Appellees' motion to dismiss this appeal is DENIED AS MOOT.

SIGNED February 1, 2023.

Liza A. Rodriguez, Justice